**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**ALEXANDRIA DIVISION**

| | | |
|---|---|---|
| **AL QUARTEMONT** | * | **CIVIL ACTION NO. 1:22-cv-01311** |
| | * | |
| | * | **DISTRICT JUDGE JOSEPH** |
| **VERSUS** | * | |
| | * | **MAGISTRATE PEREZ-MONTES** |
| | * | |
| **GRAY MEDIA GROUP, INC. D/B/A** | * | |
| **KALB TV** | * | **JURY DEMAND** |

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

## JOINT MOTION FOR ENTRY OF PROTECTIVE ORDER

NOW INTO COURT, through undersigned counsel, come Plaintiff, Al Quartemont, and

Defendant, Gray Media Group, Inc. D/B/A KALB TV, who respectfully move to submit the

Protective Order. Both parties have agreed to the form and content of this Protective Order to

identify and protect Confidential Information which the parties may exchange in discovery and

to respectfully ask the Court to sign the attached protective order.

WHEREFORE, Plaintiff, Al Quartemont, and Defendant, Gray Media Group, Inc. d/b/a

KALB TV respectfully request that the Court enter the Joint Protective Order.

*[The remainder of this page is intentionally left blank.]*

1

Respectfully submitted,

By: */s/ Richard F. Norem, III*
Jimmy R. Faircloth, Jr. (T.A.) (La. #20645)
jfaircloth@fairclothlaw.com
Barbara Bell Melton (La. #27956)
bmelton@fairclothlaw.com
Mary Katherine Price (La. #38576)
kprice@fairclothlaw.com
Richard F. Norem, III (La. #38849)
enorem@fairclothlaw.com
**FAIRCLOTH MELTON SOBEL & BASH,
LLC**
105 Yorktown Drive
Alexandria, LA 71303
Phone: (318) 619-7755
Fax: (318) 619-7744

*ATTORNEYS FOR PLAINTIFF,*
*AL QUARTEMONT*

By: */s/ Sara Grace Sirera* (with consent)
Andrew P. Burnside (T.A.) (La. # 14116)
Sara Grace Sirera (La. # 38405)
**Ogletree, Deakins, Nash, Smoak &
Stewart, P.C.**
701 Poydras Street, Suite 3500
New Orleans, LA  70139
Telephone:  504.648.3840
Facsimile:  504.648.3859
Email: drew.burnside@ogletreedeakins.com
Email: sara.sirera@ogletreedeakins.com

*ATTORNEYS FOR DEFENDANT,*
*GRAY MEDIA GROUP, INC.*