UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | |
|---|---|
| AL QUARTEMONT,<br><br>      Plaintiff,<br><br>versus<br><br>GRAY MEDIA GROUP INC.,<br><br>      Defendant. | Civil Action. 1:22-cv-01311<br><br>Judge David C. Joseph<br><br>Magistrate Judge Joseph H L Perez-Montes |

## NOTICE OF SETTLEMENT

NOW COME, Plaintiff Al Quartemont ("Plaintiff") and Defendant Gray Media Group Inc., ("Defendant"), each through undersigned counsel, and respectfully submit this Notice of Settlement pursuant to Local Rule 16.4 and inform the Court that all parties have reached a settlement regarding this matter. A dismissal will be filed once the settlement is finalized.

Respectfully submitted:

| | |
|---|---|
| By: */s/ Sara Grace Sirera*<br>Andrew P. Burnside, T.A., La. Bar No. 14116<br>Sara Grace Sirera, La. Bar No. 38405<br>**OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C**<br>701 Poydras Street, Suite 3500<br>New Orleans, LA  70139<br>Telephone:  504.648.3840<br>Facsimile:  504.648.3859<br>andrew.burnside@ogletreedeakins.com<br>sara.sirera@ogletreedeakins.com<br>*Attorneys for Defendant, Gray Media Group Inc.* | By: */s/ Richard F. Norem, III*<br>Jimmy R. Faircloth, Jr. (T.A.)(La. #20645<br>jfaircloth@faircllothlaw.com<br>Richard F. Norem, III     (La. # 38849)<br>enorem@faircllothlaw.com<br>**FAIRCLOTH MELTON SOBEL & BASH, LLC**<br>105 Yorktown Drive<br>Alexandria, Louisiana 71303<br>Telephone: (318) 619-7755<br>Facsimile: (318) 619-7744<br><br>*Attorneys for Plaintiff, Al Quartemont* |

1

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing has been served on all counsel of record via the Court's ECF system.

This 27th day of September, 2023.

                                */s/ Richard F. Norem, III*
                                    OF COUNSEL